MARCH 12, 1962.

No. 247, Misc. SMITH *v.* OKLAHOMA. On petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma. Petition dismissed pursuant to Rule 60 of the Rules of this Court. Petitioner *pro se.* *Mac Q. Williamson,* Attorney General of Oklahoma, for respondent.

MARCH 19, 1962.*

No. 551, October Term, 1960. GINSBURG *v.* GINSBURG ET AL., 364 U. S. 934. The motion for reconsideration of petition for rehearing is denied.

No. 394. GEAGAN ET AL. *v.* GAVIN, CORRECTIONAL SUPERINTENDENT. On petition for writ of certiorari to the United States Court of Appeals for the First Circuit. The motion of *Robert J. DeGiacomo* for leave to withdraw his appearance as counsel for petitioner Maffie is granted.

No. 659. NORTHERN NATURAL GAS Co. *v.* STATE CORPORATION COMMISSION OF KANSAS. Appeal from the Supreme Court of Kansas. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 678, Misc. DE SHORE *v.* CALIFORNIA ET AL. Motion for leave to file petition for writ of certiorari denied.

*MR. JUSTICE WHITTAKER took no part in the consideration or decision of cases in which orders were this day announced.